# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136557

GERALD WILSON,
          Plaintiff-Appellee,

v

COMCAST CABLEVISION CORPORATION
and FIDELITY & GUARANTY INSURANCE
COMPANY,
          Defendants-Appellants,
and

SENTRY INSURANCE A MUTUAL
COMPANY,
          Defendant-Appellee.

SC: 136557
COA: 281228
WCAC: 06-000037

_____/

      On order of the Court, the application for leave to appeal the April 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

t0828